DISMISS; Opinion issued January 29, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01530-CV

## IN THE INTEREST OF T.L.R. AND A.R.R., CHILDREN

On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-12373

## OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated November 26, 2012, we notified appellant that the Dallas County District Clerk had notified the Court that the clerk's record had been prepared but had not been filed in this Court because appellant had not paid or made arrangements to pay for the record. We directed appellant to provide the Court, within ten days, written verification that appellant had either paid for or made arrangements to pay for the record. We cautioned appellant that failure to provide the required documentation within the time specified might result in dismissal of the appeal for want of prosecution. To date, appellant has not provided the requested documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 37.3(b); 42.3(b),(c)

_____
CAROLYN WRIGHT
CHIEF JUSTICE

121530F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

In the Interest of T.L.R. and A.R.R., children, Appellant

No. 05-12-01530-CV      V.

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 09-12373.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **DISMISSED**.

It is **ORDERED** that appellee Kara Rafferty recover her costs of this appeal from appellant Richard Rafferty.

Judgment entered this January 29, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE